**Order entered December 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01191-CV

**HENRY STEPHENSON BYRD, MD, ET AL, Appellants**

**V.**

**ROLANDA HUTTON AND BRYAN HUTTON, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15886**

## ORDER

Before the Court is appellants' December 16, 2019 unopposed motion for an eighteen-day extension of time to file their opening brief. We **GRANT** the motion and extend the time to **January 3, 2020**.

/s/     BILL WHITEHILL
        JUSTICE